Argued and submitted July 21, reversed and remanded for reconsideration
October 18, 1995

## RICHARD HAROLD LEITNER,
*Petitioner,*

*v.*

## BOARD OF PAROLE
## AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A85051)

904 P2d 1076

Alan H. Biedermann, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole*, 137 Or App 247, 904 P2d 1071 (1995).